# UNANIMOUS WRITTEN CONSENT
# OF THE BOARD OF DIRECTORS OF SERVICE TRANSPORT, INC.

As of this 13TH day of May, 2005, the undersigned, being all of the members of the Board of Directors (the "Board") of Service Transport, Inc. (the "Company"), a Tennessee Corporation, acting pursuant to the laws of the State of Tennessee, hereby adopt, by this unanimous written consent as permitted by Section 48-18-202 of the Tennessee Code, the following resolutions with the same force and effect as if they had been unanimously adopted at a duly convened meeting of the Board of the Company and direct that this written consent be filed with the minutes of the proceedings of the Board:

WHEREAS, the Board has considered the financial and operational aspects of the Company's business;

WHEREAS, the Board has reviewed the historical performance of the Company, the market for the Company's products and services, and the current and long-term liabilities of the Company;

WHEREAS, the Board has reviewed, considered, and received the recommendations of the senior management of the Company and the Company's professionals and advisors as to the terms of the proposed sale of the Company's assets to be implemented during the course of Chapter 11 bankruptcy proceedings;

RESOLVED, THEREFORE, that in the judgment of the Board, it is desirable and in the best interests of this Company, its creditors, shareholders or equity holders and other interested parties, that a voluntary petition be filed by the Company under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code");

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized to execute and file on behalf of the Company all petitions, schedules, lists and other papers or documents, and to take any and all action which they deem necessary or proper to obtain relief under the Bankruptcy Code;

FURTHER RESOLVED, that the Officers of the Company be, and they are, authorized and directed to employ the law firm of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C. as general bankruptcy counsel to the Company to represent and assist the Company in filing under Chapter 11 of the Bankruptcy Code, and to take any and all actions to advance the Company's rights and in connection therewith, the Officers are hereby authorized and directed to pay appropriate retainers prior to and immediately upon the filing of the chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of Pachulski, Stang, Ziehl, Young, Jones & Weintraub P.C.;

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized and directed to employ additional professionals, including but not limited to any attorneys, financial advisors or consultants to the Company as the Officers deem necessary to represent and assist the Company in carrying out its duties under title 11 of the United States Code; and in connection therewith, the Officers of the Company are hereby authorized and

directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 case, and to cause to be filed an appropriate application for authority to retain the services of such additional professionals;

FURTHER RESOLVED, that the Officers of the Company be, and they hereby are, authorized and empowered, in the name of, and on behalf of the Company, to take or cause to be taken any and all such other and further action, and to execute, acknowledge, deliver and file any and all such instruments as each in his or her discretion, may deem necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions;

FURTHER RESOLVED, that all of the acts and transactions relating to matters contemplated by the foregoing resolutions of management and members of the Board of Directors of the Company, in the name and on behalf of the Company, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved and ratified.

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent on May ___, 2005.

_____

_____

*[signature]*
_____

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent on May ___, 2005.

_____

_____

_____

IN WITNESS WHEREOF, the undersigned have executed this Unanimous Written Consent on May ___, 2005.

_____
S S Price

_____

_____