IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| S-TRAN HOLDINGS, INC., et al.,[1] | ) | Case No. _____ ( ) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATION CONCERNING CONSOLIDATED LIST
## OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

The debtors and debtors in possession (the "Debtors") in the captioned case,

hereby certify under penalty of perjury that the *Consolidated List of Creditors Holding 30*

*Largest Unsecured Claims*, submitted herewith, is complete and to the best of the Debtors'

knowledge correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books

and records. However, no comprehensive legal and/or factual investigations with regard to

possible defenses to any claims set forth in the *Consolidated List of Creditors Holding 30*

*Largest Unsecured Claims* have been completed. Therefore, the listing does not and should not

be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement

of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of

the Debtors.

---

[1] The Debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed

this 13ᵗʰ day of May 2005.

Dated: 5|13|05

Signature _____

By: Steven Price
President, S-Tran Holdings, Inc.


I declare under penalty of perjury that the foregoing is true and correct. Executed

this _____ day of _____ 2005.

Dated: _____

Signature _____

By: Joseph Chandler
President, Service Transport,
Inc., and Dixie Trucking
Company, Inc.

2

I declare under penalty of perjury that the foregoing is true and correct. Executed

this _____ day of _____ 2005.

Dated: _____

Signature _____

By:    Steven Price
President, S-Tran Holdings, Inc.


I declare under penalty of perjury that the foregoing is true and correct. Executed

this 13ᵀᴴ day of May 2005.

Dated: _____5/13/05_____

Signature _____

By:    Joseph Chandler
President, Service Transport, Inc.,
and Dixie Trucking Company,
Inc.

2

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF DELAWARE

In re  SERVICE TRANPORT, INC.,[1]

                    **Debtor.**

Case No. _____

Chapter 11

## CONSOLIDATED LIST OF CREDITORS HOLDING 30 LARGEST UNSECURED CLAIMS

The following is a list of the debtor's creditors holding the 20 largest unsecured claims.  The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for the filing in this chapter 11 case.  The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Intercraft<br>Newell - Attn: Dale Matschullat<br>10 B Glenlake Parkway - Suite 600<br>Atlanta, GA 30328 | Intercraft<br>Newell - Attn: Dale Matschullat<br>10 B Glenlake Parkway - Suite 600<br>Atlanta, GA 30328<br>Phone: 770-407-3800<br>Fax:    770-407-3987 | Trade Debt | | | | $  479,851.43 |
| Best Overnite<br>406 Live Oak Ave<br>Irwindale, CA 91706 | Best Overnite<br>406 Live Oak Ave<br>Irwindale, CA 91706<br>Phone: 626-256-0550<br>Fax:    626-256-0550 | Trade Debt | | | | $  236,082.00 |
| Dartmoor Realty<br>PO Box 2709<br>Cookeville, TN 38502<br><br>Dartmoor Realty<br>c/o Garry E. McNabb<br>Hugh E. Bailey & Associates, PLLC<br>714 N. Dixie Avenue<br>Cookeville, TN 38501 | Dartmoor Realty<br>PO Box 2709<br>Cookeville, TN 38502<br>Phone:<br>Fax:<br><br>Dartmoor Realty<br>c/o Garry E. McNabb<br>Hugh E. Bailey & Associates, PLLC<br>714 N. Dixie Avenue<br>Cookeville, TN 38501<br>Phone: 931-526-9726<br>Fax:    931-528-2420 | Judgment Debt | | | | $  199,248.84 |
| Pilot Travel Center LLC<br>MSC 1602901<br>5508 Lonas Rd.<br>Knoxville, TN 37909 | Pilot Travel Center LLC<br>MSC 1602901<br>5508 Lonas Rd.<br>Knoxville, TN 37909<br>Phone: 865-588-7488<br>Fax:    865-450-2800 | Trade Debt | | | | $  145,166.34 |

---

[1] The Debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

## CONSOLIDATED LIST OF CREDITORS HOLDING THIRTY LARGEST UNSECURED CLAIMS (cont'd)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Norrenbems Truck Service<br>12578 State Rt. 127<br>Nashville, IL 62263 | Norrenbems Truck Service<br>12578 State Rt. 127<br>Nashville, IL 62263<br>Phone: 800-642-5436<br>Fax:    618-478-2178 | Trade Debt | | | | $  108,742.00 |
| Benton Express<br>1045 South River Industrial Blvd<br>Southeast<br>Atlanta, GA 30315 | Benton Express<br>1045 South River Industrial Blvd<br>Southeast<br>Atlanta, GA 30315<br>Phone: 404-267-2200<br>Fax:    404-267-2201 | Trade Debt | | | | $    99,092.00 |
| Daylight Transport<br>1501 Hughes Way<br>Long Beach, CA 90810 | Daylight Transport<br>1501 Hughes Way<br>Long Beach, CA 90810<br>Phone: 310-518-2834<br>Fax:    310-507-8302 | Trade Debt | | | | $    96,381.00 |
| Volunteer Volvo and GMC INC<br>C/O Regions Interstate Billing<br>6614 Wilbanks Rd<br>Knoxville, TN 37912 | Volunteer Volvo and GMC INC<br>C/O Regions Interstate Billing<br>6614 Wilbanks Rd<br>Knoxville, TN 37912<br>Phone: 865-688-4300<br>Fax:    865-687-1003 | Trade Debt | | | | $    91,094.11 |
| Ryder/Phillips<br>13599 Park Vista Blvd.<br>Ft. Worth, TX 76177 | Ryder/Phillips<br>13599 Park Vista Blvd.<br>Ft. Worth, TX 76177<br>Phone: 817-490-8031<br>Fax:    817-490-5803 | Trade Debt | | | | $    86,128.89 |

## CONSOLIDATED LIST OF CREDITORS HOLDING THIRTY LARGEST UNSECURED CLAIMS (cont'd)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| BDO Seidman LLP<br>1001 Moorehead Sq. Dr.<br>Suite 300<br>Charlotte, NC 28203 | BDO Seidman LLP<br>1001 Moorehead Sq. Dr.<br>Suite 300<br>Charlotte, NC 28203<br>Phone: 704-887-4236<br>Fax:    704-887-4290 | Trade Debt | | | | $    80,049.00 |
| Transport International Pool<br>75 Remittance Dr<br>Suite 1333<br>Chicago, IL 60675-1333 | Transport International Pool<br>75 Remittance Dr<br>Suite 1333<br>Chicago, IL 60675-1333<br>Phone: 610-647-4900<br>Fax:    610-648-6625 | Trade Debt | | | | $    70,845.68 |
| Nacarato Volvo And GMC Trucks<br>1111 Polk Ave.<br>Nashville, TN 37201 | Nacarato Volvo And GMC Trucks<br>1111 Polk Ave.<br>Nashville, TN 37201<br>Phone: 615-259-9500<br>Fax:    615-255-1473 | Trade Debt | | | | $    65,791.22 |
| Shippers Express<br>1651 Kerr Drive<br>Jackson, MS 39204 | Shippers Express<br>1651 Kerr Drive<br>Jackson, MS 39204<br>Phone: 601-948-4251<br>Fax:    601-948-5232 | Trade Debt | | | | $    61,471.00 |
| Xtra Lease Inc.<br>4400 East Holmes Rd.<br>Memphis, TN 38118-9262 | Xtra Lease Inc.<br>4400 East Holmes Rd.<br>Memphis, TN 38118-9262<br>Phone: 901-794-8700<br>Fax:    901-794-4167 | Trade Debt | | | | $    60,012.73 |

## CONSOLIDATED LIST OF CREDITORS HOLDING THIRTY LARGEST UNSECURED CLAIMS (cont'd)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Standard Insurance Company<br>920 Southwest 6th Ave.<br>Portland, OR 97204 | Standard Insurance Company<br>920 Southwest 6th Ave.<br>Portland, OR 97204<br>Phone:  503-321-7000<br>Fax:      503-321-7805 | Trade Debt | | | | $    57,560.44 |
| Three Way Transfer of Arkansas<br>1022 South Y Street<br>Fort Smith, AR 72901 | Three Way Transfer of Arkansas<br>1022 South Y Street<br>Fort Smith, AR 72901<br>Phone:  479-782-8960<br>Fax:      479-883-2302 | Trade Debt | | | | $    55,230.00 |
| Yokohama Tire Corporation<br>601 S. Acacia Ave.<br>Fullerton, CA 92831-7396 | Yokohama Tire Corporation<br>601 S. Acacia Ave.<br>Fullerton, CA 92831-7396<br>Phone:  714-870-3800<br>Fax:      714-870-3899 | Trade Debt | | | | $    53,695.72 |
| JNJ Logistics  (JNJ Express, Inc.)<br>3891 Homewood Road<br>Memphis, TN 38118-983 | JNJ Logistics  (JNJ Express, Inc.)<br>3891 Homewood Road<br>Memphis, TN 38118-983<br>Phone:  901-362-3444<br>Fax:      901-362-2331 | Trade Debt | | | | $    52,656.91 |
| Midland Transport<br>100 Midland Drive<br>Dieppe NB E1A 6X4, CD | Midland Transport<br>100 Midland Drive<br>Dieppe NB E1A 6X4, CD<br>Phone:  506-858-5555<br>Fax:      506-859-5360 | Trade Debt | | | | $    51,803.00 |

## CONSOLIDATED LIST OF CREDITORS HOLDING THIRTY LARGEST UNSECURED CLAIMS (cont'd)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| Red Roof Inn Corporation<br>PO Box 849800<br>Dallas, TX 75284-9800 | Red Roof Inn Corporation<br>PO Box 849800<br>Dallas, TX 75284-9800<br>Phone: 972-702-5307<br>Fax:    972-702-3906 | Trade Debt | | | | $    41,029.19 |
| Trans States Express<br>7500 Reinhold Dr.<br>Cincinnati, OH 45237 | Trans States Express<br>7500 Reinhold Dr.<br>Cincinnati, OH 45237<br>Phone: 513-679-7100<br>Fax:    513-821-0230 | Trade Debt | | | | $    40,695.00 |
| Bass Berry and Sims PLC<br>315 Deaderick St<br>Amsouth Center Suite 2700<br>Nashville, TN 37238-3001 | Bass Berry and Sims PLC<br>315 Deaderick St<br>Amsouth Center Suite 2700<br>Nashville, TN 37238-3001<br>Phone: 615-742-6200<br>Fax:    615-742-6293 | Trade Debt | | | | $    40,621.53 |
| General Trailer Services Inc.<br>2620 Campbell Blvd.<br>Ellenwood, GA 30294 | General Trailer Services Inc.<br>2620 Campbell Blvd.<br>Ellenwood, GA 30294<br>Phone: 404-363-4383<br>Fax:    404-363-4367 | Trade Debt | | | | $    39,695.60 |
| Bandag Inc.<br>2905 N Highway 61<br>Muscatine, IA 52761-5886 | Bandag Inc.<br>2905 N Highway 61<br>Muscatine, IA 52761-5886<br>Phone: 563-262-1400<br>Fax:    563-262-1039 | Trade Debt | | | | $    39,502.29 |

## CONSOLIDATED LIST OF CREDITORS HOLDING THIRTY LARGEST UNSECURED CLAIMS (cont'd)

| Name of creditor and complete mailing address including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM (if secured also state value of security) |
|---|---|---|---|---|---|---|
| American Tire Co. 805 NW Broad St. Murfreesboro, TN 37133 | American Tire Co. 805 NW Broad St. Murfreesboro, TN 37133 Phone: 615-893-6223 Fax: 615-893-9375 | Trade Debt | | | | $ 38,705.09 |
| Dillon Transportation LLC 3770 Nonaville Rd Mt. Juliet, TN 37122 | Dillon Transportation LLC 3770 Nonaville Rd Mt. Juliet, TN 37122 Phone: 615-754-4970 Fax: 615-758-0789 | Trade Debt | | | | $ 37,900.00 |
| Lockton Insurance Co 717 N. Harwood, Suite 2520 Dallas, TX 75201 | Lockton Insurance Co 717 N. Harwood, Suite 2520 Dallas, TX 75201 Phone: 241-969-6700 Fax: 214-696-6799 | Trade Debt | | | | $ 37,896.42 |
| Schneider Logistics 3101 S. Packerland Dr. Green Bay, WI 54306-2666 | Schneider Logistics 3101 S. Packerland Dr. Green Bay, WI 54306-2666 Phone: 920-592-4055 Fax: 920-403-9305 | Trade Debt | | | | $ 37,046.81 |
| Colonial Supplemental Insurance 1200 Colonial Life Blvd W Columbia, SC 29210-7646 | Colonial Supplemental Insurance 1200 Colonial Life Blvd W Columbia, SC 29210-7646 Phone: 803-798-7000 Fax: 803-213-7243 | Trade Debt | | | | $ 35,640.41 |
| ComData Network 5301 Maryland Way Brentwood, TN 37027 | ComData Network 5301 Maryland Way Brentwood, TN 37027 Phone: 615-370-7400 Fax: 615-370-7851 | Trade Debt | | | | $ 32,369.28 |