IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| S-TRAN HOLDINGS, INC., et al.,[1] | ) | Case No. _____ ( ) |
| | ) | |
| Debtors. | ) | |

## CERTIFICATION CONCERNING EQUITY SECURITY HOLDERS

Service Transport, Inc., a debtor and debtor in possession (the "Debtor") in the captioned case, hereby certifies under penalty of perjury that the list submitted herewith, pursuant to Local Rule 1007-1(a) of the Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the *List of Equity Security Holders* of the Debtor, is complete and to the best of the Debtor's knowledge correct and consistent with Debtor's books and records

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13TH day of May, 2005.

Dated: 5/13/05

Signature *Joseph Chandler*
By: Joseph Chandler
President, Service Transport, Inc.

---

[1] The Debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

## LIST OF EQUITY HOLDERS

| **Name and Address of Equity Holder(s)** | **Interest** |
|---|---|
| S-Tran Holdings, Inc.<br>728 South Jefferson Avenue<br>Cookeville, TN 38501 | 100% |