IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| S-TRAN HOLDINGS, INC., et al.,[1] | ) | Case No. _____ ( ) |
| | ) | |
| Debtor. | ) | |

## CERTIFICATION CONCERNING CONSOLIDATED CREDITOR MATRIX

The debtors and debtors in possession (the "Debtors") in the above-captioned case, hereby certifies under penalty of perjury that the *Consolidated Creditor Matrix* submitted herewith, pursuant to Local Rule 1007-1(a) of the United States Bankruptcy Court for the District of Delaware, formatted in portable document format, containing the consolidated list of creditors of the Debtors, is complete and to the best of the Debtors' knowledge correct and consistent with Debtors' books and records.

The information contained herein is based upon a review of the Debtors' books and records. However, no comprehensive legal and/or factual investigations with regard to possible defenses to any claims set forth in the *Consolidated Creditor Matrix* have been completed. Therefore, the listing does not and should not be deemed to constitute: (1) waiver of any defense to any listed claims; (2) an acknowledgement of the allowability of any list claims; and/or (3) a waiver of any other right or legal position of the Debtors.

---

[1] The Debtors are the following entities: S-Tran Holdings, Inc., a Delaware Corporation; Service Transport, Inc., a Tennessee Corporation; and Dixie Trucking Company, Inc., a North Carolina Corporation.

I declare under penalty of perjury that the foregoing is true and correct. Executed this _____ day of _____ 2005.

Dated: _____

Signature _____
By:     Steven Price
       President, S-Tran Holdings, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13TH day of May 2005.

Dated: 5/13/05

Signature *[signature]*
By:     Joseph Chandler
       President, Service Transport, Inc., and Dixie Trucking Company, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 13ᵗ day of May 2005.

Dated: 5/13/05

Signature _____
By:  Steven Price
     President, S-Tran Holdings, Inc.

I declare under penalty of perjury that the foregoing is true and correct. Executed this ___ day of _____ 2005.

Dated: _____

Signature _____
By:  Joseph Chandler
     President, Service Transport,
     Inc., and Dixie Trucking
     Company, Inc.

2